

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| ANTHONY BRISEUS | CIVIL ACTION NO. 11-0471 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN SMITH (WARDEN) | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned Petition for Writ of *Habeas Corpus* is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this **20** day of **September** 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE